# SENTENCING MINUTES

DATE: 2-17-2023  CASE NUMBER: 3:22CR125

JUDGE: Hudson  CT REPORTER: Liscio, OCR

INTERPRETER: _____

UNITED STATES OF AMERICA   Heather Mansfield, AUSA

v.   COUNSEL

John R. Maher   William Dinkin, ESQ.

SENTENCING ON COUNT(S): 1   (✓) Criminal Information  ( ) Indictment  ( ) Superseding Ind.

PRELIMINARY MATTERS: Gov't motion for downward variance and Deft's motion for downward variance; Both granted

OBJECTIONS TO PSR: None

STATEMENTS MADE BY:  GOV'T (✓)  DEFENSE COUNSEL (✓)  DEFT (✓)

ON MOTION OF GOV'T.  ( ) INDICTMENT  ( ) REMAINING CTS DISMISSED

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**

ON: _____  BY: _____
( ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today  (✓)

DEFT REMANDED TO CUSTODY  (✓)

CASE SET: 11:00  BEGAN: 11:03  ENDED: 11:45  TIME IN COURT: :42

PAGE TWO (2)

**SENTENCE TEXT**

COUNT __1__   IMPRISONMENT __108__ MOS. CONCURRENT ( )  CONSECUTIVE ( )

CREDIT FOR TIME SERVED ON THIS CHARGE (✓)

SUPERVISED RELEASE __Life__ ~~YEARS~~

PROBATION _____ YEARS

FINE $_____   (✓) Fine not imposed

SPECIAL ASSESSMENT $ __100—__ due immediately

COUNT _____   IMPRISONMENT _____ MOS. CONCURRENT ( )  CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

COUNT _____   IMPRISONMENT _____ MOS. CONCURRENT ( )  CONSECUTIVE ( )

SUPERVISED RELEASE _____ YEARS   CONCURRENT ( )

PROBATION _____ YEARS   CONCURRENT ( )

FINE $_____   ( ) Fine not imposed

SPECIAL ASSESSMENT $_____ due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE ( )**

**RESTITUTION ORDERED:** _Deferred; Restitution Hrg. set 4-6-2023 @ 11:00 AM_

**RECOMMENDATION(S) TO BOP:**
( ) Designate dft. to a facility near family  (✓) Designate dft. to __Butner__ FCI
( ) SHOCK Incarceration Program        ( ) BRAVE Program
( ) Educational / Vocational training        ( ) BOP 500-hr intensive drug treatment program
( ) UNICOR program   ( ) with _____ portion of earnings directed to child support
(✓) OTHER: _Psychological tx/counseling_

PAGE THREE (3)

## SPECIAL CONDITIONS of Probation/Supervised Release:

_____ Incur no new credit without approval of probation officer
✓ Provide probation officer with access to financial information
_____ Perform community service _____ HOURS during period of supervision
_____ Participate in drug/alcohol treatment; _____ pay cost of treatment
✓ Participate in mental health treatment; ✓ pay cost of treatment
　　✓ to include psychosexual evaluation and sex offender treatment
✓ Waive all rights of confidentiality regarding mental health treatment or other treatment
　　to allow release of information to probation officer, etc.
_____ Participate in home confinement program for _____ with monitoring; ____ pay costs
　　_____ permitted to work, attend church, or other approved activities
　　_____ maintain telephone without special features
_____ Defendant to be surrendered to BICE for deportation proceedings
　　_____ if deported, defendant to remain outside the United States
_____ Mandatory drug testing waived, but probation may administer drug test if appropriate
_____ Defendant to pay child support in amount ordered by social services or Court
_____ Serve intermittent confinement on weekends for a period of _____ DAYS
✓ Defendant shall pay any balance owed on the S/A imposed by the Court
　　✓ pay in installments of not less than $ **25.00** per month, to begin ~~30~~/60 days
　　after start of supervision until paid in full
_____ Defendant to apply monies received from tax refunds, lottery winnings, and any
　　anticipated or unexpected financial gains to the Court-ordered financial obligation
✓ Pursuant to Adam Walsh Child Protection & Safety Act of 2006, register with state sex
　　offender registration agency in any state where defendant resides, works, or attends school
✓ Pursuant to Adam Walsh Child Protection & Safety Act of 2006, submit to search of
　　person/property/house/residence/vehicle/papers/computer, etc. at any time, with or
　　without a warrant, by any law enforcement or probation officer with reasonable suspicion
　　concerning unlawful conduct or a violation of supervision
✓ Submit to polygraph testing as part of treatment; ✓ pay cost of testing
_____ No possession of cellular telephone or other handheld communication device
✓ Comply with requirements of computer monitoring program administered by the probation
　　office; consent to installation of monitoring software that may restrict/record activity
✓ Do not utilize sex-related adult telephone services, websites, etc. and submit any records
　　requested by P.O. to verify compliance with this condition (credit card bills, etc.)
✓ Do not have access to or possess any pornographic material, nude pictures, or magazines
　　using juvenile models or pictures of juveniles under the age of 18
✓ Do not possess or use computer to access any online computer services at any location,
　　including employment, with prior approval of the probation officer
✓ Do not have contact with minors unless supervised by a competent, informed adult,
　　approved in advance by the probation officer
✓ Do not engage in employment or volunteer services that allow access to minors/computers
✓ **OTHER SPECIAL CONDITIONS:**

Submit to Abel assessment or similar test;
Do not possess/utilize video game system/
console