IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22CR125 |
| | ) | |
| JOHN ROBERT MAHER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## RESTITUTION ORDER

1.   Pursuant to 18 U.S.C § 2259, the defendant is ordered to pay restitution in the amount of **$60,000.**

2.   The amount of restitution paid to any victim, collectively, shall not exceed the victim's total loss from the offenses of conviction.

3.   The victims' names, addresses, and respective total loss amounts are listed in Attachment A to this Restitution Order.

4.   Interest:

  __✓__ is waived.

  _____ accrues as provided in 18 U.S.C § 3612(f).

5.   Notwithstanding any other provision of this Restitution Order or the sentence imposed, including the directive to make periodic payments, restitution is due in full and payable immediately from assets known and unknown and including assets identified in the Presentence Report. The Government may enforce restitution at any time.

6.   If incarcerated, the Court encourages the defendant to participate in the Bureau of Prisons' Inmate Financial Responsibility Program, to comply with the provisions of the financial plan, and to meet the defendant's financial obligation, pursuant to 28 C.F.R. § 545.10-11.

7.   If restitution is not paid in full immediately, the defendant shall pay to the Clerk at least $**25.00** per month or 25 percent of net income, whichever is greater, beginning 60 days after release from any period of confinement, or 60 days after sentencing if no confinement is imposed.

8.  All payments shall be made to the Clerk of Court, United States District Court, 701 East Broad Street, Suite 3000, Richmond, VA 23219.

9.  Within 30 days of (a) any change of name, residence, or mailing address; and/or (b) any material change in economic circumstances that affects the ability to pay restitution, the defendant shall notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, Virginia 23510.

10.  No delinquent or default penalties will be imposed except upon Order of the Court.

11.  The Clerk of Court shall distribute the funds to the victims on a pro rata basis.

/s/
Honorable Henry Hudson
United States District Judge

ENTERED this 6th day of April, 2023.

At Richmond, Virginia

WE ASK FOR THIS:

SEEN AND AGREED:

Jessica D. Aber
United States Attorney

Heather H. Mansfield
Assistant United States Attorney

William J. Dinkin
Counsel for Defendant

2

## ATTACHMENT A TO RESTITUTION ORDER

| Victim | Payment Amount |
|---|---|
| "Restore the Child in Trust for Chelsea"<br>Restore the Child<br>2522 N Proctor Street, Suite 85<br>Tacoma, WA  98406 | $3,000 |
| "Restore the Child in Trust for April"<br>Restore the Child<br>2522 N Proctor Street, Suite 85<br>Tacoma, WA  98406 | $3,000 |
| "Jones Day in trust for Patty"<br>Jones Day<br>Attn:  Kelly Locher<br>500 Grant Street, Suite 4500<br>Pittsburgh, PA  15219-2514 | $3,000 |
| "Marsh Law Firm PLLC in trust for Andy"<br>Marsh Law Firm PLLC<br>Attn:  Andy<br>548 Market St, #65135<br>San Francisco, CA  94104-5401 | $3,000 |
| "Deborah A. Bianco, in trust for Maureen"<br>Deborah A. Bianco, P.S.<br>P.O. Box 6503<br>Bellevue, WA  98008 | $4,000 |
| "Deborah A. Bianco, in trust for Pia"<br>Deborah A. Bianco, P.S.<br>P.O. Box 6503<br>Bellevue, WA  98008 | $4,000 |
| "Deborah A. Bianco, in trust for Dipper"<br>Deborah A. Bianco, P.S.<br>P.O. Box 6503<br>Bellevue, WA  98008 | $4,000 |
| "Deborah A. Bianco, in trust for Donatello"<br>Deborah A. Bianco, P.S.<br>P.O. Box 6503<br>Bellevue, WA  98008 | $4,000 |
| "Deborah A. Bianco, in trust for Jack"<br>Deborah A. Bianco, P.S.<br>P.O. Box 6503<br>Bellevue, WA  98008 | $4,000 |
|  |  |

| | |
|---|---|
| "Deborah A. Bianco, in trust for Kauzie"<br>Deborah A. Bianco, P.S.<br>P.O. Box 6503<br>Bellevue, WA  98008 | $4,000 |
| "Deborah A. Bianco, in trust for Jessy"<br>Deborah A. Bianco, P.S.<br>P.O. Box 6503<br>Bellevue, WA  98008 | $4,000 |
| "Marsh Law Firm PLLC, in trust for Jenny"<br>Marsh Law Firm PLLC<br>PO Box 4668, #65135<br>New York, NY 10163 | $4,000 |
| "Marsh Law Firm PLLC, in trust for Jordan"<br>Marsh Law Firm PLLC<br>PO Box 4668, #65135<br>New York, NY 10163 | $4,000 |
| "Carol L. Hepburn, in trust for Solomon"<br>Carol L. Hepburn, P.S.<br>PO Box 17718<br>Seattle, WA  98127 | $4,000 |
| "Carol L. Hepburn, in trust for Cara"<br>Carol L. Hepburn, P.S.<br>PO Box 17718<br>Seattle, WA  98127 | $4,000 |
| "Carol L. Hepburn, in trust for Lily"<br>Carol L. Hepburn, P.S.<br>PO Box 17718<br>Seattle, WA  98127 | $4,000 |
| **Total due from defendant:** | **$60,000** |

4